IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 24-CR-1038 |
| Plaintiff, ) | |
| ) | <u>UNRESISTED</u> |
| vs. ) | MOTION TO CONTINUE TRIAL AND |
| ) | ALL TRIAL-RELATED DEADLINES |
| TIMOTHY MICHAEL HERMAN, ) | |
| ) | |
| Defendant. ) | |

Comes now counsel for Defendant Timothy Michael Herman, and respectfully moves to continue the trial and all trial-related motions deadlines, and in support states as follows:

1. Mr. Herman was indicted on December 18, 2024, on a one-count indictment charging possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Doc. 3. He was arraigned on January 27, 2025, and pleaded not guilty. On February 26, 2025, a superseding indictment was filed, which added an additional charge against Mr. Herman, changed the statutory penalties for the possession with intent charge, and added two co-defendants. Doc. 24. Mr. Herman is detained pending the outcome of his case.

2. Trial is currently set for the two-week period beginning March 31, 2025. Trial motions are due March 13, 2025, and Mr. Herman's deadline to file a status report or acceptance of responsibility is March 10, 2025.

3. Counsel needs additional time to adequately review discovery with Mr. Herman and to consult with him regarding all his options. Due to the superseding indictment, Mr. Herman is now facing a mandatory minimum sentence of ten years in prison on the two charges

1

against him, whereas there was no mandatory minimum sentence associated with the charge in his original indictment.   Further, a conspiracy charge has been added, which potentially changes Mr. Herman's sentencing guidelines and impacts potential defenses for Mr. Herman.

4.      Defense counsel is also out of the office March 31-April 2, 2025.

5.      Assistant United States Attorney Dillan Edwards has indicated the government does not resist this motion.

6.      No prior motion to continue has been filed.

WHEREFORE, for the foregoing reasons, Defendant Timothy Michael Herman, through counsel, moves to continue the trial date and all trial-related deadlines.   Counsel respectfully requests approximately a 60-day continuance, until the week of June 2, 2025.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA   52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Jill M. Johnston
JILL M. JOHNSTON
jill_johnston@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on March 6, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
By:   /s/ Angie McClain

2