RECEIVED

NOV 17 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

In The United States District Court

For the Northern District Of Iowa

Eastern (Dubuque) Division

| | |
|---|---|
| United States Of America | Case No.: 24-CR-1038 |
| v. | |
| Timothy Michael Herman | |

## Motion To Unseal Docket Entry #100 (statement of reasons)

Petitioner, Timothy Michael Herman, move this Court to unseal docket entry #100 "Statement Of Reasons", and forward a courtesy copy to me.

I solemnly affirm underpenalty of perjury the above request is true, right, and correct to the best of my knowledge and belief so help me God

sign: Timothy M Herman Date: 11-10-25

United States District Court

Northern District of Iowa

Attn: Clerk of Court

111 7th Avenue, SE, 5th Floor

Cedar Rapids, IA. 52401

Timoth Michael Herman 57230-511

United States Penitentiary

P.O. Box 3000 - McCreary

Pine Knot, KY. 42635

November 10, 2025

Re: Request For Courtesy Copy of Sentencing Transcript. DKt. # 98

I am requesting that a courtesy copy of my sentencing transcript be sent to me, DKt. # 98

Thank You Sincerely,

Mr. Timothy M. Herman

Sign: Timothy M Herman          Date: 11-10-25

Timothy M. Herman #57230-511
United States Penitentiary
P.O. Box 3000 — McCreary
Pine Knot, KY. 42635

KNOXVILLE TN 377

13 NOV 2025 AM 2 L
11.13.25 EVB



United States District Court
Northern District of Iowa
Att: Clerk of Court
111 7th Avenue, SE., 5th Floor
Cedar Rapids, IA. 52401

XRAYED US MARSHALS SERV

"Legal/Special Mail Do Not Open"    52401-210312